# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY R. ENGLISH,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 4:14-cv-01841- GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS MEMORANDUM<br><br>Docs. 1, 5, 6, 7, 10 |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Stacy R. English and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Stacy R. English benefits under the Social Security Act is vacated and the case remanded to the Commissioner of Social Security to develop the record fully, conduct a new administrative hearing, and appropriately evaluate the evidence in accordance with the accompanying memorandum; and,

3. The Clerk of Court shall close this case.

Dated: March 31, 2016                    *s/Gerald B. Cohn*
                                          GERALD B. COHN
                                          UNITED STATES MAGISTRATE JUDGE